**Vance Edward JOHNSON,**
**Plaintiff–Appellant,**

v.

**R. JANZEN, Lt., Defendant–Appellee.**

**No. 13–16922.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2014.[*]

Filed Dec. 4, 2014.

Vance Edward Johnson, Coalinga, CA, pro se.

Misha Igra, Esquire, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

MEMORANDUM [**]

Vance Edward Johnson, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging an access-to-courts claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo cross motions for summary judgment, *Guatay Christian Fellowship v. County of San Diego*, 670 F.3d 957, 970 (9th Cir. 2011), and we affirm.

The district court properly granted summary judgment for defendant because Johnson failed to raise a genuine dispute of material fact as to whether defendant caused an actual injury to a non-frivolous claim. *See Christopher v. Harbury*, 536 U.S. 403, 414, 122 S.Ct. 2179, 153 L.Ed.2d 413 (2002) ("The official acts claimed to have denied access [to the courts]" must have "caused the loss [ ] of a meritorious case."); *Lewis v. Casey*, 518 U.S. 343, 348–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (setting forth the elements of an access-to-courts claim). Moreover, summary judgment for defendant was proper even taking into account the full eight days preceding Johnson's deadline for filing a petition for writ of certiorari in his habeas proceeding.

**AFFIRMED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.